IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

TRINET GROUP, INC.; and TRINET HR CORPORATION,

Plaintiffs,

vs.

NICHOLAS KRANTZ; HR OUTSOURCING, INC.; and DOES 1-10,

Defendants.

Case No. 2:16-cv-6447-AB (GJSx)

**[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION FOR ISSUANCE OF TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**

Based on the Complaint on file herein; the *ex parte* application by plaintiffs TriNet Group, Inc. ("TriNet Group") and TriNet HR Corporation ("TriNet HR" and, collectively, "Plaintiffs") for Issuance of Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction (the "Application"); and all materials submitted therewith, THE COURT FINDS AND ORDERS AS FOLLOWS:

1. Plaintiffs gave adequate notice of the Application, pursuant to Civil Local Rule 7-19, via written letter personally served on both Nicholas Krantz and HR Outsourcing, Inc. ("HROI" and, collectively, "Defendants") on August 30, 2016.

2. Plaintiffs have demonstrated they are likely to succeed on the merits on their claims for misappropriation of trade secrets, pursuant to the Defend Trade Secrets Act of 2016, and violation of California's Unfair Competition Law against Mr. Krantz and HROI. TriNet HR also has demonstrated that it is likely to succeed on the merits of its claim for breach of contract against Mr. Krantz.

3. Plaintiffs are likely to suffer irreparable harm, including the loss of customers and damage to their goodwill, absent injunctive relief.

4. The balance of equities tips decidedly in Plaintiffs' favor.

5. The requested injunction would serve the public interest by upholding the important policy of protecting Plaintiffs' valuable trade secret information.

6. Accordingly, Plaintiffs' Application is GRANTED.

7. Pursuant to Federal Rule of Civil Procedure 65(b), Civil Local Rule 65-1, 18 U.S.C. § 1836(b)(3), California Business and Professions Code section 17203, as well as applicable California and common law, Defendants Nicholas Krantz and HR Outsourcing, Inc. are hereby ordered to show cause at <u>10:00 a.m. on Monday, September 12, 2016</u>, or as soon thereafter as they or their counsel may be heard before the Honorable André Birotte, Jr., in Courtroom 4 of the above-entitled Court, located at 312 North Spring Street, Los Angeles, California 90012, why they and all

persons acting under their direction, control, permission, or authority, and all persons acting in concert therewith, should not be enjoined during the pendency of this action from:

a. altering, destroying, or disposing of any evidence or other materials, in any form, relating to this action and the issues raised herein; or

b. directly or indirectly accessing, using, disclosing, or making available to any person or entity other than Plaintiffs, any of Plaintiffs' confidential, proprietary, or trade secret documents, data or information, including but not limited to the files that Mr. Krantz sent himself from his TriNet email to account to his personal yahoo.com email account on June 14 and 15, 2016.

8. At the date and time identified above, Defendants are also ORDERED TO SHOW CAUSE as to why they and all persons acting under their direction, control, permission, or authority, and all persons acting in concert therewith, should not be required, pursuant to 18 U.S.C. § 1836(b)(3)(A)(ii), to:

a. immediately return to Plaintiffs all copies in Defendants' possession, or the possession of anyone acting under their direction, control, permission, or authority, of any of Plaintiffs' confidential information, including but not limited to the files that Mr. Krantz sent himself from his TriNet email to account to his personal yahoo.com email account on June 14 and 15, 2016; and

b. report to the Court within 30 days of issuance of this order regarding their efforts to comply with this order.

9. The following briefing schedule shall apply:

a. Any opposition papers to this order to show cause shall be electronically filed no later than Wednesday, September 7, 2016, at 5:00 p.m.

b. Any reply papers to such opposition shall be electronically filed no later than Friday, September 9, 2016, at 12:00 p.m. (noon).

10. PENDING the hearing on the above order to show cause, Defendants Nicholas Krantz and HR Outsourcing, Inc., and all persons acting under their direction, control, permission, or authority, and all persons acting in concert therewith, are hereby restrained and enjoined from:

a. altering, destroying, or disposing of any evidence or other materials, in any form, relating to this action and the issues raised herein; and

b. directly or indirectly accessing, using, disclosing, or making available to any person or entity other than Plaintiffs, any of Plaintiffs' confidential, proprietary, or trade secret documents, data or information, including but not limited to the files that Mr. Krantz sent himself from his TriNet email to account to his personal yahoo.com email account on June 14 and 15, 2016.

10. Counsel for Plaintiffs shall promptly serve this Order on Defendants and/or their counsel. Pursuant to Federal Rule of Civil Procedure 65(d), this order shall be binding upon Defendants and all persons acting under their direction, control, permission, or authority, and all persons acting in concert therewith who receive actual notice of this order by personal service or otherwise.

11. It is further ordered that Defendants will suffer no legally cognizable form of damages upon issuance of this injunction. Additionally, Mr. Krantz contractually waived any right to a bond. Accordingly, pursuant to Federal Rule of Civil Procedure 65(c), Plaintiffs are not required to post a bond.

September 2, 2016

THE HONORABLE ANDRE BIROTTE, JR.
UNITED STATES DISTRICT JUDGE