JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TRINET GROUP, INC.; and TRINET HR CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>NICHOLAS KRANTZ; and DOES 1-10,<br><br>Defendants. | Case No. CV 16-06447 AB (GJSx)<br><br>**STIPULATED MONETARY JUDGMENT AND ORDER FOR PERMANENT INJUNCTION** |

# MONETARY JUDGMENT

Upon stipulation of the parties in this action, the Court HEREBY ORDERS that:

1.      Judgment in the amount of one hundred fifty thousand ($150,000) is entered in favor of Plaintiffs TriNet Group, Inc. and TriNet HR Corporation ("TriNet") and against Defendant Nicholas Krantz ("Krantz").

2.      Execution of this monetary judgment shall be stayed, provided that Krantz fully performs the obligations required of him as set forth in the Confidential Settlement and Release Agreement (the "Agreement") between TriNet and Krantz.

3.      Other than as provided in the Agreement, TriNet and Krantz shall each bear their own attorneys' fees and costs incurred in this action.

4.      The Court shall retain jurisdiction over this matter and over TriNet and Krantz to enforce the terms of the Agreement and this monetary judgment.

# ORDER FOR PERMANENT INJUNCTION

Upon stipulation of the parties in this action, IT IS FURTHER ORDERED that Krantz, and all persons acting under his direction, control, permission, or authority, is and are hereby PERMANENTLY ENJOINED from using any of TriNet's confidential, proprietary, or trade secret documents, data, or information that was obtained by Krantz in the course and scope of his employment at TriNet, including but not limited to the files Krantz sent himself from his TriNet email account to his personal yahoo.com email account on June 14 and 15, 2016.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

DATED: June 19. 2018

_____
THE HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

STIPULATED MONETARY JUDGMENT AND ORDER FOR PERMANENT INJUNCTION